IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOUGLAS S. BROWN, )
)
Plaintiff, )
)
v. )
)
BANK OF AMERICA, N.A., )
)
Defendant. )

05 10713 PBS

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby request permission for Cathleen M. Combs to appear pro hac vice in the above-referenced case. The attorney is a member in good standing of the United States District Court for the Northern District of Illinois. She neither resides nor maintains an office for the practice of law within the State of Massachusetts. Christopher M. Lefebvre has been actively involved in this case from the beginning and will continue to be. He will attend all court hearings and will accept service on all documents.

Respectfully submitted,

_____
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
 LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256