## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DOUGLAS S. BROWN,                    )

       Plaintiff,                    )

       v.                                         )

BANK OF AMERICA, N.A.,               )

       Defendant.                    )

## AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

       I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

       Executed at Chicago, Illinois, on April 8, 2005.


                                 _____
                                   Cathleen M. Combs


Subscribed and sworn before me this
____ day of _____, 2005.


_____
Notary Public

```
OFFICIAL SEAL
JEFFREY PLCKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/07/09
```