%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

DOUGLAS S. BROWN

V.

BANK OF AMERICA, N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10713 PBS**

TO: (Name and address of Defendant)

BANK OF AMERICA, N.A.
Branch Officer/and Agent
658 Washington Street
Attleboro, MA 02703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   SARAH A. THORNTON

DATE   4-11-05

(By) DEPUTY

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 11 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Bank of America 658 Washington St- So. Attleboro Ma-

Also Served Motion For Admission Pro Hac Vice

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/11/05
            Date          Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

Branch

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.