UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
DOUGLAS S. BROWN                   )
                                   )
            Plaintiff,             )
                                   )
      v.                           )      Civil Action No. 05 10713 PBS
                                   )      Hon. Patti B. Saris
BANK OF AMERICA, N.A.              )
                                   )
            Defendant.             )
                                   )
_____

### **BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Bank of America, N.A. submits this corporate disclosure statement.

NB Holdings Corporation, which is not a publicly-traded company, is the parent corporation of Bank of America, N.A. Bank of America Corporation, in turn, which is a publicly-traded company, is the parent corporation of NB Holdings Corporation.

                                        BANK OF AMERICA, N.A.

                                        By its attorneys,

                                         E. Macey Russell /s/
                                        E. Macey Russell, P.C. (BBO #542371)
                                        Choate, Hall & Stewart, LLP
                                        Exchange Place, 53 State Street
                                        Boston, MA  02109
                                        Tel.: (617) 248-5000

Dated:  June 2, 2005

3930046v1