UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS S. BROWN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A. )<br>)<br>Defendant. )<br>) | Civil Action No. 05 10713 PBS<br>Hon. Patti B. Saris |

## BANK OF AMERICA, N.A.'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please be advised that effective August 1, 2005, the address for CHOATE, HALL & STEWART LLP, attorneys for Defendant, Bank of America, N.A., will be:

**CHOATE, HALL & STEWART LLP**
**Two International Place**
**100-150 Oliver Street**
**Boston, Massachusetts 02110**

All other contact information will remain the same.

BANK OF AMERICA, N.A.

By its attorneys,

 E. Macey Russell /s/
E. Macey Russell, P.C. (BBO #542371)
Choate, Hall & Stewart, LLP
Exchange Place, 53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated: August 10, 2005

3969579v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party by mail on August 10, 2005.

Christopher M. Lefebvre, Esq.  
Claude Lefebvre, P.C.  
Two Dexter Street  
Pawtucket, RI 02860

Daniel A. Edelman, Esq.  
Edelman, Combs, Latturner & Goodwin, LLC  
120 S. LaSalle Street, 18th Floor  
Chicago, Illinois 60603

By:   E. Macey Russell /s/  
      E. Macey Russell

3969579v1