UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI, and JAMES A. PROSER <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A. <br><br> Defendant. | Civil Action No. 05 10713 PBS |

**MOTION FOR LEAVE TO PERMIT
REBEKAH E. KAUFMAN TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, the Defendant, Bank of America, N.A. ("BofA"), through its undersigned counsel, E. Macey Russell, hereby moves this Court to permit Rebekah E. Kaufman to appear on its behalf *pro hac vice* in the above-captioned action.

In support of this Motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Ms. Kaufman is a member in good standing of the bar of the State of California since June 4, 2001 and of the following federal district courts: (a) Northern District of California since June 4, 2001; and (b) Eastern District of California since July 30, 2004. She is also a member in good standing of the bars of the United States Courts of Appeals for the following circuits: (a) Ninth Circuit since June 4, 2001. Her State Bar No. is 167055.

3. Ms. Kaufman is an associate at the law firm Morrison & Foerster LLP.

FILING FEE PAID:
RECEIPT # 70385
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 2-15-06

4039992v1

4. There are no disciplinary proceedings pending (nor have any ever been brought) against Ms. Kaufman as a member of any bar in any jurisdiction.

5. Ms. Kaufman has indicated in her Certificate attached hereto that she has been provided with a copy of the Local Rules of this Court and is familiar with them.

6. Ms. Kaufman's Certificate in support of this Motion is attached hereto as Exhibit A.

BANK OF AMERICA, N.A.

By its attorney,

_____
E. Macey Russell (BBO #542371)
Christopher Edwards (BBO #640758)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617)248-4000
mrussell@choate.com
cedwards@choate.com

Of Counsel:
Rebekah E. Kaufman
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-6148
Fax: (415) 268-7522

Dated: February 15, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, E. Macey Russell, hereby certify that I conferred with counsel for the Plaintiffs, and confirmed that such counsel have no objection to this Motion.

_____
E. Macey Russell

4039992v1

## CERTIFICATE OF SERVICE

I, Christopher Edwards, hereby certify that a true copy of the above document was served on the attorney of record for each party by mail on February 15, 2006.

_____
Christopher Edwards

4039992v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

---

DOUGLAS S. BROWN, STEPHEN KAWELTI, )
and JAMES A. PROSER )
                      Plaintiffs, )
                      v. )    Civil Action No. 05 10713 PBS
BANK OF AMERICA, N.A. )
                      Defendant. )

---

**CERTIFICATE OF REBEKAH E. KAUFMAN IN
SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, and in support of the attached Motion for Leave to Permit Rebekah E. Kaufman to Appear *Pro Hac Vice*, I, Rebekah E. Kaufman, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that:

    1.    I am a member in good standing of the bar of the State of California since June 4, 2001 and of the following federal district courts: (a) Northern District of California since June 4, 2001; and (b) Eastern District of California since July 30, 2004. I am also a member in good standing of the bars of the United States Courts of Appeals for the following circuits: (a) Ninth Circuit since June 4, 2001. My State Bar No. is 167055.

    2.    I am an associate at the law firm Morrison & Foerster LLP and practice in its office located in San Francisco, California.

    3.    There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of any bar in any jurisdiction.

4040008v1

4.   I have been provided with a copy of the Massachusetts Rules of Court (Local Rules) and am familiar with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Rebekah E. Kaufman

DATED this 9th day of February, 2006

4040008v1