UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI, and JAMES A. PROSER | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BANK OF AMERICA, N.A. | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 05 10713 PBS

## MOTION FOR LEAVE TO PERMIT
## WILLIAM L. STERN TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, the Defendant, Bank of

America, N.A. ("B of A"), through its undersigned counsel, E. Macey Russell, hereby moves this

Court to permit William L. Stern to appear on its behalf *pro hac vice* in the above-captioned

action.

In support of this Motion, undersigned counsel states the following:

1.    The undersigned is a member in good standing of the bar of this Court.

2.    Mr. Stern is a member in good standing of the bar of the State of California since

December 16, 1980 and of the following federal district courts: (a) Northern District of

California since December 16, 1980; (b) Eastern District of California since December 6, 1982;

Central District of California since February 23, 1993; and (c) Southern District of California

since August 18, 2000. He is also a member in good standing of the bars of the United States

Courts of Appeals for the following circuits: (a) Ninth Circuit since December 16, 1980. His

State Bar No. is 167055.

FILING FEE PAID:
RECEIPT #_____ 10385
AMOUNT $___ 50.00
BY DPTY CLK _____
DATE_____ 2-15-06

4039980v1

3.    Mr. Stern is a partner at the law firm Morrison & Foerster LLP.

4.    There are no disciplinary proceedings pending (nor have any ever been brought)

against Mr. Stern as a member of any bar in any jurisdiction.

5.    Mr. Stern has indicated in his Certificate attached hereto that he has been

provided with a copy of the Local Rules of this Court and is familiar with them.

6.    Mr. Stern's Certificate in support of this Motion is attached hereto as Exhibit A.

BANK OF AMERICA, N.A.

By its attorney,

E. Macey Russell (BBO #542371)
Christopher Edwards (BBO #640758)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617)248-4000
mrussell@choate.com
cedwards@choate.com

Of Counsel:
William L. Stern
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7637
Fax: (415) 268-7522

Dated: February 15, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, E. Macey Russell, hereby certify that I conferred with counsel for the Plaintiffs, and

confirmed that such counsel have no objection to this Motion.

E. Macey Russell

4039980v1

## **CERTIFICATE OF SERVICE**

I, Christopher Edwards, hereby certify that a true copy of the above document was served

on the attorney of record for each party by mail on February 15, 2006.

*Chyr a le*

Christopher Edwards

4039980v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI, and JAMES A. PROSER | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 05 10713 PBS |
| BANK OF AMERICA, N.A. | ) ) |  |
| Defendant. | ) ) ) |  |

### CERTIFICATE OF WILLIAM L. STERN IN
### SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, and in support of the attached

Motion for Leave to Permit William L. Stern to Appear *Pro Hac Vice*, I, William L. Stern,

declare under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1.       I am a member in good standing of the bar of the State of California since

December 16, 1980 and of the following federal district courts:  (a) Northern District of

California since December 16, 1980; (b) Eastern District of California since December 6, 1982;

Central District of California since February 23, 1993; and (c) Southern District of California

since August 18, 2000.  I am also a member in good standing of the bars of the United States

Courts of Appeals for the following circuits:  (a) Ninth Circuit since December 16, 1980.  My

State Bar No. is 96105.

2.       I am a partner at the law firm Morrison & Foerster LLP and practice in its office

located in San Francisco, California.

3.    There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of any bar in any jurisdiction.

4.    I have been provided with a copy of the Massachusetts Rules of Court (Local Rules) and am familiar with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
William L. Stern

DATED this 1ᵗʰ day of February, 2006