```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


_____
                                     )
DOUGLAS BROWN,                       )
         Plaintiff,                  )
                                     )
         v.                          ) CIVIL ACTION NO. 05-10713-PBS
                                     )
BANK OF AMERICA, N.A.,               )
         Defendant.                  )
_____)
```

**WAIVER**

March 2, 2006

Saris, U.S.D.J.

As stated at today's hearing, my family and I waive any financial interest in the proposed class.

                                      **S/PATTI B. SARIS**
                                      United States District Judge