UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Douglas Brown
Plaintiff,

        V.

Civil Action Number
05-10713-PBS

Bank of America, N.A.
Defendant.

March 22, 2006

SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/30/06

Plaintiff's expert designation deadline: 10/30/06

Defendant's expert designation deadline: 11/30/06

Expert discovery deadline: 12/31/06

Summary Judgment Motion (part B) filing deadline: 1/31/07

Opposition to Summary Judgment Motions: 2/28/07

Hearing on Summary Judgment or Pretrial Conference: 4/17/07 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk