IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI and JAMES A. PROSSER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 05-10713-PBS |
| BANK OF AMERICA, N.A., | ) ) ) | |
| Defendant. | | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now come the Plaintiffs in the above entitled matter and request that they be granted an additional seven (8) days to file their response to the Defendant's Motion for Partial Summary Judgment. In support of said request the Plaintiffs state that additional time is needed to respond to the complicated issues raised by the Defendant. Counsel for the Defendant does not oppose the requested relief.

**WHEREFORE,** Plaintiffs pray that their Motion to Extend time be granted and that the Court extend the deadline for the filing of Plaintiffs Opposition to the Motion for Partial Summary Judgment through June 23, 2006.

/s/Christopher M. Lefebvre
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Scott C. Borison, Esq.
borison@legglaw.com
Susan Yoon, Of Counsel
yoon@legglaw.com
Legg Law Firm LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016  Telephone
(301) 620-1018  Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to E. Macey Russell, Esq. on June 12, 2006 and will be mailed to

William L. Stern, Esq.
Rebekah Kaufman, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

/s/Sarita Sasa