UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI, and JAMES A. PROSER<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | Civil Action No. 05 10713 PBS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant, Bank of America, N.A., in connection with the above-referenced action.

        Respectfully submitted,

        BANK OF AMERICA, N.A.

        by its attorney,

        /s/ Robert M. Buchanan, Jr.
        Robert M. Buchanan, Jr. (BBO No. 545910)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Telephone:   (617) 248-5000
        Facsimile:   (617) 248-4000

Dated: August 18, 2006

## CERTIFICATE OF SERVICE

I, Robert M. Buchanan, hereby certify that the Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 18, 2006.

/s/ Robert M. Buchanan, Jr.
Robert M. Buchanan, Jr.

4114487v1