IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS S. BROWN, STEPHEN KAWELTI and JAMES A. PROSSNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 05-10713-PBS ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

## DISMISSAL STIPULATION

Plaintiffs, Douglas Brown, Stephen Kawelti and James Prossner, request that the above referenced matter be dismissed with prejudice.

Respectfully submitted,

/s/Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI  02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on February 26, 2007, hereby certify that on February 26, 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

E. Macey Russell, P.C.
Choate, Hall & Stewart, LLP

William L. Stern (pro hac)
Rebekah Kaufman (pro hac)
Morrison & Foerster LLP

s/Christopher M. Lefebvre

1